John M'Vickar *against* Oliver Woolcot.

HOPKINS, in consequence of the death of a witness to be examined on a commission sent to *England*, and sued out early in the last spring, moved, on behalf of the defendant, to amend by inserting the name of a new witness, who could prove the fact the testimony of the deceased would have gone to establish, or to be at liberty to issue a new commission.

*Per Curiam.* Were we to permit the amendment, the opposite party might lose the benefit of cross-examining; for the interrogatories exhibited to one, might not be proper to administer to another, from whom it might be

---

*Margin notes:*

NEW-YORK, Nov. 1805.

M'Vickar v. Woolcot

On the death of a witness to be examined on a commission, the court will not permit a new name to be inserted, though they may allow a new commission, at the peril of the party.

NEW-YORK,
Nov. 1805.

wished to extract new evidence. The first part of the motion must, therefore, be denied; but you may take a new commission at your peril, without however, any stay of proceedings on the part of the plaintiff.